**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JASON HERMAN, an individual and on behalf of those similarly situated, WILLIAM COHEN, an individual and on behalf of those similarly situated, and JOEY KRATT, an individual and on behalf of those similarly situated,**

    Plaintiffs,

v.                                                  Case No: 8:14-cv-3028-T-35EAJ

**SEAWORLD PARKS & ENTERTAINMENT, INC.,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Bifurcate Class Discovery (Dkt. 23) and the Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 30) filed by Defendant, Seaworld Parks & Entertainment, Inc. ("Seaworld"); and the respective responses in opposition thereto (Dkt. 28, 34) filed by Plaintiffs.  For the reasons stated on the record at the Preliminary Pretrial Conference of this matter held on March 5, 2015, the Court **DENIES** Seaworld's Motion to Bifurcate Class Discovery (Dkt. 23) and **GRANTS in part** and **DENIES in part** Seaworld's Motion to Dismiss.  (Dkt. 30)

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1) Seaworld's Motion to Bifurcate Class Discovery (Dkt. 23) is **DENIED** as premature.

2) Seaworld's Motion to Dismiss (Dkt. 30) is **DENIED**, except to the extent that Plaintiffs have stipulated to dismissal of the unjust enrichment claim. Accordingly, Count II of the First Amended Complaint is **DISMISSED without prejudice**.

3) Seaworld shall file an answer to Plaintiffs' First Amended Complaint within **fourteen (14) days** of the date of this Order.

4) The Parties shall have **sixty (60) days** following the filing of Seaworld's answer to complete private, preliminary mediation efforts.

5) Within **twenty (20) days** of the date of the preliminary mediation, the Parties shall file a notification informing the Court that the case has settled or, if settlement is not reached, the Parties shall file a new Case Management Report with agreed-upon dates for all remaining case deadlines.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of March, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person