EXHIBIT A

***** NON-CONFIDENTIAL *****

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


JASON HERMAN, WILLIAM COHEN,
JOEY KRATT, as individuals and
on behalf of all others
similarly situated,

     Plaintiff,

       VS.

CASE NO.
8:14-cv-03028-MSS-EAJ

SEAWORLD PARKS &
ENTERTAINMENT, INC.,

     Defendant.
_____/


EXCLUDING CONFIDENTIAL EXCERPTS


DEPOSITION OF MICHELLE SCOTT

TAKEN ON

THURSDAY, NOVEMBER 19, 2015


Reported by:

ROSALY PIDERIT

DEPOLINK COURT REPORTING & LITIGATION SERVICES (973)353-9880

***** NON-CONFIDENTIAL *****

15

1    passes to consumers?

2        A    All of our parks.

3        Q    Do all of your parks offer one-year EZpay

4    passes?

5        A    No.

6        Q    Which parks don't?

7        A    I believe our Sesame Place park does not offer

8    a one-year pass.

9        Q    Would that be it?

10       A    To my knowledge.

11       Q    Do any of the parks offer EZpay for more than

12   one year?

13       A    I believe so.

14       Q    Do you know which ones?

15       A    I do not know exactly.

16       Q    Do any of the parks offer EZpay passes for less

17   than one year?

18       A    Yes.

19       Q    Do you know which ones?

20       A    Sesame Place park, to my knowledge.

21       Q    Now, if a customer wants to purchase a one-year

22   EZpay in the state of Florida, does that customer have

23   to be a Florida resident?

24       A    Yes.

25       Q    Has that policy been in place since the EZpay

***** NON-CONFIDENTIAL *****

34

1    wasn't printed out on that date?

2         A     No.

3         Q     And what does the order detail state that the

4    order is for?

5         A     The order is for a one-year SeaWorld passport

6    EZpay adult.

7         Q     Okay.  Now do you see over next to the

8    description that says, "QTY."  Does that mean quantity?

9         A     Yes.

10        Q     Then it says unit price all the way to the

11   right, 832, and then it goes down to a total amount of

12   887.  Do you see that?

13        A     Yes.

14        Q     Under the one-year SeaWorld passport EZpay

15   adult, it says, "Plus 11 additional monthly payments of

16   887 with tax."  Do you see that?

17        A     Yes.

18        Q     So can you tell me how the payment process

19   works with respect to when a customer purchases a

20   one-year EZpay pass?

21        A     So, according to this document, the customer

22   would pay up front for the first month, and when they

23   pay it covers the next 30 days, and then the 11

24   additional monthly payments would cover the 30-day

25   period after each of those payments.

***** NON-CONFIDENTIAL *****

35

1    Q    So is it accurate to say that the customer

2  makes an initial down payment and then pays 11

3  subsequent payments?

4    A    That is correct.

5    Q    Okay.  And this document was a test done back

6  in 2009?

7    A    It appears to be.

8    Q    Now, let's go back to that e-passport voucher,

9  Exhibit Number 13.  The expiration date on that, it says

10  11/20/2010; correct?

11    A    Yes.

12    Q    So the customer's e-passport voucher expires

13  one year and one day after the order date; is that

14  correct?

15    A    It appears to.

16    Q    Is that SeaWorld's policy to do that?

17    A    I am not certain.

18    Q    I'm going to have this marked as Plaintiff's

19  Exhibit Number 15.

20          (The document referred to was marked as

21          Deposition Exhibit 15 and is attached

22          hereto.)

23          Ms. Scott, I'm showing you what has been marked

24  as Plaintiff's Exhibit Number 15.  Can you tell me what

25  that document is?

***** NON-CONFIDENTIAL *****

36

1      A      It appears to be our contract dated 11/19/2009.

2      Q      Now, take a look back at Exhibits Number 14 and

3    13.  Is this the same contract that corresponds with

4    those particular exhibits; the e-passport voucher and

5    the order details?

6      A      It appears to.

7      Q      Okay.  Now, at the top it says, "Today's

8    transaction."  Then below that it has some numbers

9    followed by "18102SWEZ, one year voucher A."  Do you see

10   that?

11     A      Yes.

12     Q      What does that mean?

13     A      It is the first line item, I suppose, for the

14   first monthly payment.

15     Q      Okay.  So this was a one-year EZpay pass;

16   correct?

17     A      Yes.

18     Q      What does the total sale price mean?

19     A      Which dollar amount are you --

20     Q      I'm sorry, right below -- under the numbers

21   that I just described, the one-year voucher?

22     A      The total sale price of your purchase on

23   crediting in the down payment, the initial monthly

24   payment.

25     Q      So would that be the total that the person has

***** NON-CONFIDENTIAL *****

37

1   to pay after they make their initial down payment

2   combined with the 11 subsequent payments?

3        A    That's what it appears to state.

4        Q    And down below that it says, "Down payment".

5   Do you see that?

6        A    Yes.

7        Q    So that would be first monthly payment that

8   they make to purchase -- at the time of purchase, excuse

9   me?

10       A    Yes.

11       Q    Where it says, "Amount financed."  What does

12  that mean?

13       A    The amount that will be divided into monthly

14  payments over the rest of the term, the initial term.

15       Q    Are there any finance charges?

16       A    There are no finance charges.

17       Q    And what's it say the total number of payments

18  is?

19       A    The number of payments or dollar amount?

20       Q    The number of payments.

21       A    I don't think it states here.

22       Q    The total monthly -- excuse me.  It says right

23  at the bottom.  Right under product description, it

24  says, "total number of payments including down payment."

25       A    Oh, yes, 12.

***** NON-CONFIDENTIAL *****

47

1    BY MR. FOWKES

2        Q    Okay.  Now, can you take a look at that

3    contract marked as Exhibit Number 18 and compare that

4    language to the test, which is Exhibit Number -- is it

5    15?  Now, the one from 2009, do you see the language,

6    "Except for any passes paid in less than 12 months, this

7    contract will renew automatically on a month-to-month

8    basis following a payment period until I terminate it"?

9        A    I do.

10       Q    And do you see that same language on the

11   contract that has been marked as Exhibit Number 18?

12       A    I do.

13       Q    So I'm asking you, from 2009 to 2013, if that

14   contract language remained the same for all of

15   SeaWorld's one-year EZpay passes?

16           MR. DEIHL:  Object to the form of the question.

17   Which contract language are you referring to?

18           MR. FOWKES:  "Except for any passes paid in

19   less than 12 months, this contract will renew

20   automatically on a month-to-month basis following the

21   payment period until I terminate it."  That language.

22           THE WITNESS:  The language appears to be the

23   same from 2009 through 2014.

24           MR. DEIHL:  I think the question was 2013.

25           THE WITNESS:  Yeah, he did say 2013.

***** CONFIDENTIAL *****

Page 55

1    Q    Now, bullet point three deals with, we already

2    said, automatic renewal; right?

3    A    That's correct.

4    Q    Why doesn't SeaWorld read the entire automatic

5    renewal contract when talking to a customer over the

6    phone?

7    A    I cannot answer that.

8    Q    Why does SeaWorld only emphasize part of the

9    automatic renewal language?

10   A    Which part of the auto renewal language, what

11   part are we not reading to a guest?

12   Q    Well, let's take a look.  "Except for any

13   passes paid in less than 12 months, this contract will

14   renew automatically on a month-to-month basis following

15   the payment period until I terminate it."  Do you see

16   that?

17   A    I do.

18   Q    And then it says, "Until you terminate the

19   contract", the script does, "it will renew on a

20   month-to-month basis following the initial first full

21   plan term."  Do you see that?

22   A    Yes.

23   Q    So why isn't SeaWorld reading "except for any

24   passes paid in less than 12 months"?

25   A    I cannot answer that.

***** CONFIDENTIAL *****

Page 60

1      A    Yes.

2      Q    Is that consistent with the contract?

3      A    Yes.

4      Q    Would it be fair to say that the script only

5  paraphrases part of the auto renewal language, "Except

6  for any passes paid in less than 12 months"?

7           MR. DEIHL:  Object to the form of the question.

8           THE WITNESS:  I cannot answer that.

9  BY MR. FOWKES

10     Q    Why not?

11     A    I don't understand the question.

12     Q    Okay.  That bullet point number 3, is that the

13  entire contract language or the entire provision

14  relating to auto renewal?

15     A    That is the scripted version for the guests to

16  understand the plan will auto renew month to month after

17  the initial term.

18     Q    I'll ask you again, do you know why the

19  statement, "Except for any passes paid in less than 12

20  months," is not read in part of the script?

21     A    I would imagine is because it's not relevant

22  for these individuals who are purchasing one year

23  passes.

24     Q    It's not relevant at all?

25     A    No.

***** CONFIDENTIAL *****

Page 61

1  Q Why is it not relevant?

2  A Because the payment terms for the first initial

3 plan is going to be over 12 months.

4  Q What did you say again?

5  A The initial term is going to be over 12 months,

6 so they would not pay in less than 12 months.

7  Q Okay.  But the first payment for a one-year

8 pass is the down payment; correct?

9  A Yes.

10  Q That covers the first month?

11  A Yes.

12  Q So then there are 11 subsequent payments taken

13 out?

14  A That's correct.

15  Q Okay.  So all those payments are paid in less

16 than 12 months, are they not?

17  A That's not our interpretation of the contract.

18  Q I'm just asking you.  I'm not talking about

19 interpretation.  Are all those payments made in less

20 than 12 months?

21   MR. DEIHL:  Object to the form of the question.

22 Asked and answered.

23 BY MR. FOWKES

24  Q You can't tell me?

25  A As I stated, the way that the contract and the

***** CONFIDENTIAL *****

Page 62

1   program is set up is that the guest would pay over the

2   course of 12 months and then they would auto renew on a

3   month-to-month basis at that time.

4       Q    So you think the contract is clear with respect

5   to that provision; right?

6       A    Absolutely.

7            (Transcript resumes on Page 63.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 64

1      A      I believe that what that sentence means is that

2   if you purchase a pass on 1/1/2015 but you do not

3   actually go to the park until June 1st, I believe the

4   clock starts one year from June 1st when it's redeemed

5   when you visit.

6      Q      And that's when the pass expires?

7      A      That's when the pass would start, one year --

8   I'm sorry, it would start June 1st, 2015 and expire one

9   year after that.

10      Q      Now, are SeaWorld employees trained on this

11   particular document?

12      A      Not all SeaWorld employees are trained on this

13   document.

14      Q      What SeaWorld employees would be trained with

15   respect to this document?

16      A      I would imagine our contacts center agents

17   would be trained on this document.

18      Q      What does it mean when an EZpay pass expires?

19      A      The pass expiring means that the pass for that

20   particular year expires but that does not remove someone

21   from the program.  They're able to continue to

22   participate in the program on a month-to-month basis

23   after that expiration time.

24      Q      But does expiration terminate the actual pass?

25      A      No, it actually terminates the first full year

***** CONFIDENTIAL *****

1    commitment.

2         Q    I'm talking about the pass that SeaWorld

3    customers have in their hand.

4         A    Right.

5         Q    Can they after the one-year pass expires, can

6    they go to the gate and still get in?

7         A    As long as they've continued their monthly

8    payments.

9              (Transcript resumes on Page 65.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

***** CONFIDENTIAL *****

1     Q    I'll have this marked as Plaintiff's Exhibit

2   Number 29.

3            (The document referred to was marked as

4            Deposition Exhibit 29 and is attached

5            hereto.)

6            MR. FOWKES:  We'll keep this same track

7   tomorrow.

8            MR. DEIHL:  That's fine.

9   BY MR. FOWKES

10    Q    Ms. Scott, can you take a look at what we just

11  handed you, Plaintiff's Exhibit Number 29, and tell me

12  what that is?

13    A    Okay.  This is a -- looks like it is another

14  training slide for our front line contact center agents.

15    Q    What is the title?

16    A    Refunds.

17    Q    Does that not state what SeaWorld's refund

18  policy is?

19    A    At one point in time, yes.

20    Q    What point in time?

21    A    I do not have the date of this document.

22    Q    Now, you just told me earlier that they had a

23  refund policy; is that correct?

24    A    Yes, that is correct.

25    Q    Okay.  Now, read that first sentence out loud.

***** CONFIDENTIAL *****

1      A     "In general, refunds on contracts that are

2    still in their initial in-commitment term or

3    out-of-commitment term are not allowed."

4      Q     Okay.  So show me on that particular document

5    where it says there's a refund policy?

6      A     Okay.  So, you're saying -- I'm sorry, I don't

7    understand.

8      Q     I'm asking you, is this a correct statement of

9    SeaWorld's refund policy?

10     A     At a point in time.

11     Q     But you can't tell me the point in time?

12     A     I don't know where this document is from.

13              (Transcript resumes on Page 92.)

14

15

16

17

18

19

20

21

22

23

24

25

***** CONFIDENTIAL *****

Page 81

1      Q     Here we go with Exhibit Number 27.

2            (The document referred to was marked as

3            Deposition Exhibit 27 and is attached

4            hereto.)

5            I'm showing you what's been marked as

6      Plaintiff's Exhibit Number 27. Are you familiar with

7      that document?

8      A     I am not familiar with this document. It

9      appears to be a contact center document.

10     Q     Okay. Does this pertain to SeaWorld's refund

11     policy?

12     A     Yes. That's what it looks like.

13     Q     Are you able to testify regarding this

14     particular policy document?

15     A     I would not consider this a policy document,

16     per se. It's more of training document for our contact

17     center agents. I can speak to it regarding what's on

18     the paper.

19     Q     Well, as part of SeaWorld's policy, does

20     SeaWorld train its employees regarding its refund

21     policy?

22     A     As part of the SeaWorld policy do we train --

23     Q     The refund policy.

24     A     SeaWorld does train our contact center agents

25     on how to issue refunds for EZpay.

***** CONFIDENTIAL *****

1    Q    So would you consider that part of SeaWorld's

2   refund policy, the training aspect?

3    A    I can't answer that. SeaWorld's refund policy

4   is something that our front line team members are

5   trained on, and this appears to be the document that is

6   used to train them at some point in time.

7    Q    Do you know for certain whether or not this

8   document is what you say it is?

9    A    I do not know. I have not seen this document

10  before.

11   Q    Okay. Well, let's look at the title of it. It

12  says, "Things to remember for EZpay beyond commitment

13  refunds." Do you see that?

14   A    Yes.

15   Q    And below it says, "Always pull up the guest's

16  account before quoting any policy."

17   A    Yes.

18   Q    Do you know what that means?

19   A    I would imagine that our contact center agent

20  is instructed to search the guest's account, review the

21  guest's account, as we saw on Exhibit 26, review the

22  guest's account before quoting a new policy.

23   Q    And this particular policy pertains to people

24  that are beyond commitment?

25   A    This looks to speak to that, yes.

***** CONFIDENTIAL *****

Page 83

1     Q    Okay.  So the second bullet point says, "Stick

2   to our policy of no refunds first."

3     A    Yes, it does say that.

4     Q    Then it says, "Some guests may be okay with

5   that if we explain it nicely."  What does that mean?

6     A    Our refund policy at SeaWorld pertaining --

7   actually, our refund policy overall for SeaWorld, all of

8   our products are no refunds.

9     Q    Is that for 2008 too?

10    A    We have always had a no refund policy, to my

11  knowledge.

12    Q    Always?

13    A    For all of our programs -- sorry, for all of

14  our products we've had a no refund policy, and with

15  respect to EZpay, as I mentioned, there are some

16  extenuating circumstances that allow for up to three

17  months of refund.

18    Q    Only extenuating circumstances?

19    A    Yes, as we discussed earlier.

20    Q    Then it says, bullet point number three, "If

21  the guest pushes back review the account for possible

22  exceptions."  What does that mean?

23    A    Those exceptions would be similar to the ones

24  we discussed previously on Exhibit 25.

25    Q    So why would you initially tell a customer

***** CONFIDENTIAL *****

1    there is a strict no refund policy if SeaWorld's policy

2    actually allows for refunds?

3        A    It is a no refund policy.  It is our policy and

4    it depends on the point in time that this document -- it

5    depends on the point in time for this document.  I'm not

6    sure, but over the course of time SeaWorld has had a

7    EZpay refund policy which is up to three months, but at

8    one point in time we did have a no refund policy.

9        Q    What point in time was that?

10       A    There was a less than 12-month period in the

11   middle of 2013 and the middle of 2014.

12       Q    What do you mean by less than 12-month period?

13       A    That was about the time frame, about maybe 11

14   or 12 months, it's not exactly clear, from our existing

15   documentation that we had a period of time where our

16   policy was no refunds.

17       Q    What do you mean by a less than 12-month

18   policy?

19            MR. DEIHL:  I'm going to object to the form of

20   the question.

21            You can go ahead and answer if you understand

22   it.

23            THE WITNESS:  Off the top of my head, I recall

24   the time frame being maybe around July of 2013 through

25   June of 2014 where we had a no refund policy.

***** CONFIDENTIAL *****

Page 85

1    BY MR. FOWKES

2       Q    July of what?

3       A    2013.

4       Q    To when?

5       A    June of 2014.

6       Q    Okay.  So that would be less than 12 months;

7    correct?

8       A    Yes.

9            (Transcript resumes on Page 85.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

***** CONFIDENTIAL *****

Page 105

```
 1       Q     I'll mark this Plaintiff's Exhibit Number 33.
 2             (The document referred to was marked as
 3             Deposition Exhibit 33 and is attached
 4             hereto.)
 5             I'm showing you what has been marked as
 6   Plaintiff's Exhibit Number 33.  Are you familiar with
 7   that document?
 8       A     Yes.
 9       Q     Who is BEC?
10       A     It's the Busch Entertainment Corporation, a
11   subsidiary of Anheuser-Busch.
12       Q     And would Busch -- SeaWorld purchased Busch
13   Entertainment Corporation; is that right?
14       A     No.
15       Q     Okay.  I don't know the history behind that and
16   I'm not sure you're qualified to testify about that, are
17   you?
18       A     I can speak to that.
19       Q     Can you please?
20       A     Sure.  Anheuser-Busch owned -- or I wouldn't
21   say -- I guess Busch Entertainment Corporation was more
22   or less a division of Anheuser-Busch until
23   December 2009, and SeaWorld and Busch Gardens and Sesame
24   Place brands were under the Busch Entertainment
25   Corporation umbrella.
```

***** CONFIDENTIAL *****

Page 106

1    Q    Okay.  And when did it become under the

2    SeaWorld Parks & Entertainment, Inc. umbrella?

3    A    December of 2009.

4    Q    Thank you.

5         Now, just jumping -- what is this document?

6    A    This document is the EZpay program guidelines

7    dated August 10th, 2009.

8    Q    Okay.  So skipping down to paragraph number

9    two -- excuse me, retail installment contract, what does

10   that signify?

11   A    The type of contract that the EZpay program is.

12   Q    Okay.  It says, "When pass holder signs up for

13   EZpay account and payment plan, they agree to a legally

14   binding contract, a retail installment contract;" right?

15   A    Yes.

16   Q    It says, "Much like a written and signed

17   contract that BEC has with other companies, the pass

18   holder is bound by the EZpay agreements, terms and

19   conditions which are agreed to upon the guest signing at

20   the pass purchase."  Do you see that?

21   A    Yes.

22   Q    Is it accurate?

23   A    Yes.

24   Q    Then it says, "Under the terms of the contract,

25   the guest has a legal commitment to pay for his pass

***** CONFIDENTIAL *****

Page 121

1   BY MR. FOWKES

2      Q    The retail installment is the only legally

3   binding document for EZpay customers; isn't that right?

4           MR. DEIHL:  Same objection.

5           THE WITNESS:  The EZpay contract is a retail

6   installment contract that the guest signs and it is

7   legally binding.

8   BY MR. FOWKES

9      Q    It says they agree to a legally binding

10  contract in the first sentence; is that correct?

11     A    The guest does legally bind themselves when

12  they sign our EZpay contract.

13     Q    Yeah.  Is there any other contract that they

14  sign?

15     A    No.  There's only one contract that the guest

16  signs.

17     Q    Okay.  Let's skip over to page 7 of 9 of the

18  document.  It says, "Wording on sales transaction terms

19  and conditions."  Do you see that?

20     A    Yes.

21     Q    And what does it say Exhibit A is?

22     A    Exhibit A is a snapshot of the wording that

23  appears on a register receipt when a guest purchases a

24  pass using EZpay at the front gate.

25     Q    Okay.  So can we turn to Exhibit A?  In 2012

***** NON-CONFIDENTIAL *****

132

1    BY MR. FOWKES

2       Q    So I just want to be clear here, that prior to

3    December 2004 every SeaWorld park in California,

4    Florida, Texas, and Virginia had the same automatic

5    renewal language except for any passes paid in less than

6    12 months?

7       A    Prior to 2014?

8       Q    Prior to December 2014.

9       A    Yes, from the period of 2008 to 2014.

10      Q    Okay.  To December 2014; correct?

11      A    December 2014, I believe.

12      Q    Okay.  Now, would you agree that the SeaWorld

13   one-year EZpay contracts are standardized forms?

14      A    Yes.

15      Q    So the SeaWorld EZpay customers can take it or

16   leave it?

17      A    They do not have a way to change the contract

18   wording, no.

19      Q    Okay.  And Sesame Place does not include the

20   monthly auto renewal; is that correct?

21      A    That's correct.

22      Q    And that's the only SeaWorld park that didn't

23   include that; is that right?

24      A    That is correct.

25      Q    What is different about Sesame Place?