EXHIBIT C

***** NON-CONFIDENTIAL *****

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


JASON HERMAN, WILLIAM COHEN,
JOEY KRATT, as individuals and
on behalf of all others
similarly situated,

     Plaintiff,

                             CASE NO.
    VS.                   8:14-cv-03028-MSS-EAJ

SEAWORLD PARKS &
ENTERTAINMENT, INC.,

     Defendant.
_____/


EXCLUDING CONFIDENTIAL EXCERPTS


DEPOSITION OF BRAD MATZINGER

TAKEN ON

FRIDAY, NOVEMBER 20, 2015


Reported by:

ROSALY PIDERIT

***** NON-CONFIDENTIAL *****

2

1                    UNITED STATES DISTRICT COURT

2                    MIDDLE DISTRICT OF FLORIDA

3                         TAMPA DIVISION

4

5    JASON HERMAN, WILLIAM COHEN,
     JOEY KRATT, as individuals and
6    on behalf of all others
     similarly situated,
7
          Plaintiff,
8                                          CASE NO.
          VS.                              8:14-cv-03028-MSS-EAJ
9
     SEAWORLD PARKS &
10   ENTERTAINMENT, INC.,

11        Defendant.
                                        /
12

13

14             EXCLUDING CONFIDENTIAL EXCERPTS

15

16        DEPOSITION OF BRAD MATZINGER, taken on behalf of

17   The Plaintiff, at 390 North Orange Avenue, Suite 1610,

18   Orlando, Florida, commencing at 9:00 a.m., Friday,

19   November 20, 2015, before Rosaly Piderit, Stenographic

20   Reporter and Notary Public in and for the State of

21   Florida at Large, pursuant to Notice.

22

23

24

25

***** NON-CONFIDENTIAL *****

3

```
 1    APPEARANCES:

 2

 3    For the Plaintiff:

 4          DISPARTI LAW GROUP
            BY: PAUL FOWKES, ESQ.
 5          2154 Duck Slough Blvd., Suite 101
            Trinity, Florida 34655
 6          (727) 943-3203
            paul@dispartilaw.com

 7

 8    For the Defendant:

 9          HILL, RUGH, KELLER & MAIN, P.L.
            BY: CHRISTOPHER T. HILL, ESQ.
10          390 N. Orange Avenue, Suite 1610
            Orlando, FL 32801
11          (407) 926-7460
            chris@hrkmlaw.com

12

            FAEGRE BAKER DANIELS LLP
13          BY: COLIN DEIHL, ESQ.
            3200 Wells Fargo Center
14          1700 Lincoln Street
            Denver, CO 80203
15          (303) 607-3500
            colin.deihl@faegreBD.com

16

            SEAWORLD PARKS & ENTERTAINMENT
17          BY: JODI RUBERG, ESQ.
            9205 South Park Center Loop, Suite 400
18          Orlando, FL 32819
            (407) 226-6050
19          jodi.ruberg@seaworld.com

20

21    Also Present:

22          PAULA BRADY

23

24

25
```

***** NON-CONFIDENTIAL *****

15

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    BY MR. FOWKES

23         Q    This second document, can I see that, please?

24         A    Uh-huh.

25         Q    Did you prepare this document -- first of all,

***** NON-CONFIDENTIAL *****

16

1    what is this document?

2        A    That was something that was prepared to help me

3    in preparation for understanding -- I'm not a legal

4    expert, so I know I'm here to talk about some of these

5    topics, so in order for me to do that, that's some

6    helpful information to understand what information might

7    be asked of me.

8        Q    And who prepared this document?

9        A    Counsel.

10       Q    Which counsel?

11       A    Our counsel.

12       Q    Is that Mr. Deihl?

13       A    Correct.

14       Q    Okay.  Did you have any input into the

15   preparation of this document?

16       A    No, I did not.

17       Q    Did anybody at SeaWorld have any preparation or

18   input into the preparation of this document?

19       A    I don't know the answer to that.

20       Q    When did you see this document first?

21       A    In preparation over the past several days.

22       Q    When did you see it first?

23       A    Wednesday of this week.

24       Q    Who showed it to you?

25       A    Counsel.

***** NON-CONFIDENTIAL *****

23

1      A     Okay.

2      Q     What does that say?

3      A     Do you want me to read it?

4      Q     Yeah.

5      A     "Denied."

6      Q     What's SeaWorld's factual support for denying

7    Paragraph 30 of the Plaintiff's Second Amended Class

8    Complaint?

9      A     To me, it's denying the portion that references

10   that the pass was fully paid within 11 months.

11     Q     How many months was it paid in?

12     A     12.

13     Q     Okay.  Well, let's talk about that.

14           When was the first down payment made?

15     A     First down payment was made on March 18th.

16     Q     I'll have this -- we already had this marked as

17   an exhibit.

18           This was marked as Exhibit Number 2 yesterday.

19           MR. FOWKES:  Do you need a copy?

20           MR. DEIHL:  No.  I have it from yesterday.

21   Thank you.

22   BY MR. FOWKES:

23     Q     First of all, I'm showing you what has been

24   marked as Plaintiff's Exhibit Number 2.  Can you

25   identify that document?

***** NON-CONFIDENTIAL *****

24

1      A      It looks like a screen shot of our EZpay

2    database referencing Jason Herman and his account.

3      Q      Are you familiar with that document?

4      A      Yes.

5      Q      Have you seen that document prior to today's

6    deposition?

7      A      Yes.

8      Q      What is that document?

9      A      It is a payment history detail for Mr. Herman.

10      Q      Okay.  So when Mr. Herman purchased his --

11    first of all, what did Mr. Herman purchase?

12      A      It says here he purchased a one-year Busch

13    Gardens Tampa SeaWorld Florida passport on EZpay --

14    actually two of them.

15      Q      Two of them?  When did he purchase them?

16      A      On March 18th.

17      Q      Okay.  How many payments are to be made with

18    that purchase?

19      A      12 monthly payments.

20      Q      Okay.  When was the first payment made?

21      A      March 18th.

22      Q      When was the last payment made?

23      A      The last payment was made on February 18th.

24      Q      Okay.  So March 18th, 2013, is when he first

25    made his initial payment; correct?

***** NON-CONFIDENTIAL *****

25

```
1       A    Correct.

2       Q    And his last payment was February 18th, 2014;

3    is that correct?

4       A    That's correct.

5       Q    And that's not less than 12 months?

6       A    No, it's not.

7       Q    That's not less than 12 months?

8       A    If you're looking at it in terms of days, I

9    agree with your math that is less than 12 months.

10      Q    You agree with my math?

11           MR. DEIHL:  Wait.

12           MR. FOWKES:  Wait.  He's saying --

13           THE WITNESS:  No.  I'm saying, if you're

14   looking at in terms of a calendar perspective, that's

15   not what -- the contract is for 12 monthly payments.

16   Mr. Herman made 12 monthly payments.

17   BY MR. FOWKES:

18      Q    So your answer is, if you're looking at it from

19   a calendar perspective, he did make it in less than 12

20   months?

21      A    I can't argue with that.

22           MR. FOWKES:  I want to be clear here.  Who is

23   representing --

24           MR. DEIHL:  I am.

25           MR. FOWKES:  I'd appreciate it if only one
```

***** NON-CONFIDENTIAL *****

26

1   person makes remark during the deposition.

2          MR. HILL:  I was talking to Colin to point out

3   that you were refusing to let the witness answer the

4   question.

5          MR. FOWKES:  Are you defending this deposition?

6          MR. HILL:  If you want to comment on me making

7   comments to my --

8          MR. FOWKES:  Well, you're not -- there can't be

9   two counsel here defending the deposition.  We know

10  this.  You've been practicing law for a long time.  You

11  can't make objections.  He's the only one.  He's

12  defending this deposition.

13         MR. DEIHL:  You are badgering the witness and

14  interrupting the witness and not letting the witness

15  answer the question.

16         MR. FOWKES:  I disagree.

17         MR. HILL:  You keep trying to bring me on the

18  record and I'm not on the record.

19         MR. FOWKES:  Okay.

20         MR. HILL:  I'm turning to Colin making a

21  comment to my co-counsel --

22         MR. FOWKES:  We'll go off the record then.

23             (Discussion off the record.)

24  BY MR. FOWKES:

25     Q   Mr. Matzinger, is it correct that you agree

***** NON-CONFIDENTIAL *****

27

1  with my math that March 18th, 2013, to February 18th,

2  2014, is less than 12 months?

3      A    It's less than 365 days, I can't argue with

4  that.

5      Q    Okay.  And that's a year; is that correct?

6      A    365 days?

7      Q    Yes.

8      A    That is a calendar year, correct.

9      Q    So let me be certain here.  The denial is based

10  on which paragraph of the allegation?  On paragraph 30

11  of the Second Amended Class Complaint?

12      A    My understanding is the portion that references

13  -- in other words, the pass was fully paid within 11

14  months because the pass was not paid in 11 months.  The

15  pass was paid in 12 months per Mr. Herman's contract.

16      Q    So that's what the denial is based on?

17      A    That's my understanding, correct.

18      Q    I just want to make sure that's clear.

19          Now, let's talk about paragraph 34.

20      A    In which document?

21      Q    In the Second Amended Class Complaint.  Then

22  look at SeaWorld's answer, paragraph 34, page 6.

23          Did SeaWorld deny that allegation in paragraph

24  34 of Plaintiff's Second Amended Class Complaint --

25  well, let me -- I want to ask you what this means.

***** NON-CONFIDENTIAL *****

30

1    same general window.  We've got the contract for

2    Mr. Herman.  I don't have a contract that I can refer to

3    for Cohen.

4        Q    Well, let me help you out with that.

5             When did Mr. Cohen purchase his one-year EZpay

6    pass or his two-year EZpay passes -- excuse me.  Strike

7    what I just said, please.

8             Mr. Cohen, what did he purchase?

9        A    Mr. Cohen purchased two Busch Gardens and

10   SeaWorld passports for one year.

11       Q    And when did he purchase those?

12       A    On March 16th, 2013.

13       Q    And when did Mr. Herman purchase his?

14       A    March 18th, 2013.

15       Q    And were they to the same parks?

16       A    Yes, they were.

17       Q    And Mr. Cohen purchased his two days apart from

18   Mr. Herman; correct?

19       A    Correct.

20       Q    So are you saying that there's a different

21   contract out there that Mr. Cohen may have signed?

22       A    Contract, no.

23       Q    No different contract?

24       A    That's correct.

25       Q    Okay.  So then what are you talking about then?

***** NON-CONFIDENTIAL *****

33

1     Q     Okay.  Was Mr. Cohen's first payment on

2   March 16th, 2013?

3     A     Yes, it was.

4     Q     Was his final payment on February 16th, 2014?

5     A     Yes, it was.  That was his last --

6     Q     Is that not --

7     A     Monthly payment.

8     Q     Is that not less than 12 months?

9     A     No.  That was his 12th monthly payment.

10     Q     Do you agree with my math on this one too, that

11   it was less than 12 months?

12          MR. DEIHL:  Object to the form of the question.

13          You can go ahead and answer if you understand.

14          THE WITNESS:  Can you restate the question or

15   rephrase it?

16   BY MR. FOWKES:

17     Q     Is March 16th, 2013, to February 16th, 2014,

18   less than 12 months, from a calendar perspective?

19     A     Yes, it is.

20     Q     Okay.  Is that the reason you denied paragraph

21   39, is because of SeaWorld's interpretation of the

22   contract?

23     A     That's correct.

24     Q     Paragraph 41, please, of the Plaintiff's Second

25   Amended Class Complaint.

***** NON-CONFIDENTIAL *****

34

| 1 | A | Okay. |

2    Q    And did SeaWorld deny that?

3    A    Yes, it did.

4    Q    Can you tell me why SeaWorld denied that

5  allegation?

6    A    Because our records indicate that Mr. Kratt

7  purchased his pass on January 18th.

8    Q    Okay.  January 18th of 2013?

9    A    2013; correct.

10    Q    Is that the only reason that allegation was

11  denied?

12    A    Yes -- I take that back.  Actually, I'm looking

13  at this for a second, if I may.

14    Q    What are you referring to, please?

15    A    Your last question about whether or not that's

16  the only reason why we denied.  Okay.  Denied on the

17  basis, as well as, my understanding that the payment

18  amounts were different as well, so the terms and

19  conditions aren't exactly the same, the terms of

20  payment.

21    Q    Okay.  Well, doesn't the last paragraph say

22  aside from the payment amount?

23    A    Oh, I'm sorry.  I'll stick with my original

24  response.

25    Q    And what was the original response, just to be

1   clear for the record?

2       A    The date as reflected here is not congruent

3   with the date that we have that he purchased the pass.

4       Q    So the date that he purchased the pass was

5   January 18th, 2013, as opposed to January 22nd, 2013?

6       A    Correct.

7       Q    Okay.

8            MR. DEIHL:  Why don't we take a short break?

9                       (Recess taken.)

10  BY MR. FOWKES:

11      Q    I left off on paragraph 41.  Let's jump to 42

12  of the Plaintiff's Second Amended Class Complaint.

13      A    Okay.

14      Q    Did SeaWorld deny that?

15      A    If you bear with me for one more minute here.

16      Q    Actually, you don't need to answer that

17  question, because I can figure that out myself.

18           I'll have marked as Plaintiff's Exhibit

19  Number 50.

20           (The document referred to was marked as

21           Deposition Exhibit 50 and is attached

22           hereto.)

23           Mr. Matzinger, I'm showing you what has been

24  marked as Plaintiff's Exhibit Number 50.  Can you

25  identify that document?

***** NON-CONFIDENTIAL *****

41

1    Q    Okay.  So are those the only differences?

2    A    That I can see under the legal terms, correct.

3    Q    So I just want to make clear that the language,

4    this E passport voucher expires, it gives an expiration

5    date on both; right?

6    A    Correct.

7    Q    Okay.

8    A    The voucher expires, yes.

9    Q    And what does it mean when the voucher expires?

10   A    When a guest purchases a pass, although the

11   vast majority of our guests will redeem their pass, as I

12   said, they get the voucher, they have to take the pass

13   to the front gate to redeem that.  Most do that in a

14   relatively short amount of time, but we know there are

15   circumstances that we don't want to start, you know,

16   saying this person has began their one year of

17   visitation until they redeem it for the first time.

18   Q    What happens --

19   A    So they've got up to a year -- I'm sorry -- to

20   redeem their pass or it will expire, the voucher will

21   expire.

22   Q    Is that explained to the customer up front?

23   A    About the voucher expiring?

24   Q    Correct.

25   A    I would say the one-year voucher expiring is

***** NON-CONFIDENTIAL *****

42

1    not something that is a formal part of conversation.

2    That's part of what they receive on the documents when

3    they purchase it.

4        Q    So this is the only explanation they have, the

5    actual --

6        A    Regarding the voucher expiration, my

7    understanding is, yes, if purchased over the phone.

8    Online, they'd see that as well.

9        Q    Online --

10       A    I believe that that is online.

11       Q    Did Mr. Herman purchase his online?

12       A    Mr. Herman did purchase his online.

13       Q    Okay.  And Mr. Herman received his E passport

14   voucher?

15       A    I don't know the answer to that.

16       Q    Who all receives an E passport voucher; if

17   purchased online, you said?

18       A    Yes.

19       Q    If you call in and purchase?

20       A    Right.  It's primarily for our multi-day

21   products like our annual passes.  There's a couple

22   reasons why the voucher process exists.  Number one is

23   to protect the guest, so if they purchase something

24   online or over the phone, we want to make sure that

25   we're checking identification when they come to the park

***** NON-CONFIDENTIAL *****

60

1

2

3

4

5

6

7

8

9

10

11

12

13

14      Q    Okay.  Can you describe to me how an Internet

15   purchase, you know, carries out?

16      A    Sure.

17      Q    Just generally, not Mr. Kratt, any EZpay

18   customer.

19      A    Okay.

20      Q    I'm talking about the time frame from

21   December 2008 to December 3rd, 2013.

22      A    Right.

23           A guest would go to the website of the park

24   they're interested in.  They would, you know, indicate

25   by choosing the selection of the website that they're

***** NON-CONFIDENTIAL *****

61

1    interested in purchasing a product, an admission product

2    of some sort.  The options available to them would be

3    provided again in terms of, you know, paying in full

4    versus EZpay.  If EZpay were selected, then the guest

5    would see on their screen the EZpay contract, and --

6        Q    When you're referring to the "contract," are

7    you referring to the contract that's in front of you

8    with respect to Exhibit Number 50?

9        A    Correct.

10       Q    Okay.  That same language; right?

11       A    The same language.

12       Q    Okay.

13       A    The guest would need to click a box saying that

14   they accept the terms and conditions.

15       Q    The terms and conditions of that contract?

16       A    Yes.

17       Q    Exhibit Number 50?  This language, the terms

18   and conditions?

19       A    Correct.

20       Q    Okay.

21       A    And would then proceed to the financial

22   transaction, you know, providing their billing

23   information and their credit card information --

24       Q    Okay.

25       A    -- for processing.

***** NON-CONFIDENTIAL *****

62

1     Q     Then what happens after that in the process?

2     A     At that point, the guest would be e-mailed the

3    E voucher that we talked about, and at that point,

4    again, it is a voucher with the information again for

5    the guest that would have to be taken to the park for

6    redemption to receive the actual pass.

7     Q     Okay.  Now, at any point does the customer in

8    that time frame we're speaking off, do they receive

9    order details?

10    A     The e-mail, my understanding is the e-mail they

11    receive would be a summary like this (indicating).

12    Q     Okay.

13    A     Showing --

14    Q     What they agreed to?

15    A     Exactly.  But that is the information that they

16    would receive.

17    Q     Okay.  Now, can you tell me how -- what the

18    process is for when a customer from the time frame --

19    the same time frame, December 3rd, 2008 through

20    December 3rd, 2013, or December 3rd -- yes, how a person

21    purchases at the gate of the park --

22    A     Sure.

23    Q     -- an EZpay pass.

24    A     That individual would go up to one of the

25    booths, the sales booths, and, initially, again,

***** NON-CONFIDENTIAL *****

63

1    indicate that they're interested in purchasing a

2    product.  Their options would be presented to them.  The

3    team member is trained to highlight the key points of

4    the EZpay agreement; that is, recurring payments over a

5    certain amount of period of time, that it auto renew

6    once you reach your commitment, and that please read the

7    contract here on our receipt before you sign that you

8    understand this.

9        Q    So what they're reading --

10       A    And that's so they don't get a voucher.  I'm

11   sorry.

12       Q    When you say "receipt," the contract is the

13   receipt?

14       A    The contract is on the receipt, correct.

15       Q    And is that the same terms and conditions --

16       A    Yes.

17       Q    -- notated on Exhibit Number 50?

18       A    Yes.

19       Q    And that's for every one-year EZpay customer

20   from the time period of December, December 2008 to

21   December 2013; is that correct?

22       A    Correct.

23       Q    Okay.  Now, is there a script that's given to

24   the people that actually -- I don't want to call them

25   people.  What would you call them?  Customer service

***** NON-CONFIDENTIAL *****

64

1    representatives at the gate?

2       A    At the gate, sure.

3       Q    The customer service representatives at the

4    gate, is there a script that's given to them to read to

5    the EZpay customer?

6       A    No, there's not.

7       Q    Okay.  Now, tell me, is there any other way to

8    purchase a one-year EZpay pass from the time frame that

9    I'm speaking of?

10           MR. DEIHL:  Object to the form of the question.

11           If you understand it, you can go ahead and

12   answer.

13   BY MR. FOWKES:

14      Q    We talked about on a line purchase, we talked

15   about purchase at the gate.  Is there any other method

16   of purchasing an EZpay pass during the time frame that I

17   spoke of?

18      A    The call center.

19      Q    And can you describe to me how that process

20   works?

21      A    Sure.  Guests would call, and again, indicate

22   that they're looking to purchase, and the agent, again,

23   is trained to explain the options available, and they

24   would, you know, describe the, you know, product.  They

25   would then -- the guest would indicate if they're

***** NON-CONFIDENTIAL *****

65

1    looking to purchase a paid in full pass or they're

2    opting to go to an EZpay payment program.  And if they

3    chose to do that, then the agent would let them know,

4    "I'm going to read some information to you.  Please

5    listen to what I have to say," and they read script.

6    They would then indicate, you know, at the end of

7    reading that script, "Do you, you know, agree to these

8    terms?" and they would check the box if the guest said

9    yes, if they did acknowledge it.

10         At that point, then the --

11    Q    Can I just ask one question?

12    A    Sure.

13    Q    When you refer to "they," what do you mean?

14    You said "they" would check the box.

15    A    The customer service representative who is

16    performing the transaction for the guest.  Sorry.  Well,

17    at that point, they go to the billing information, do

18    the financial transaction, and at that point, again,

19    information would be sent to the guest, the E voucher

20    and the summary of the contract information.  They also

21    need to select that they've read and acknowledged those

22    terms as well.

23    Q    What terms are you speaking of?

24    A    Regarding the contract.

25    Q    What --

***** NON-CONFIDENTIAL *****

66

1    A    The paid terms.

2    Q    Are you talking about the same terms and

3   conditions on Exhibit Number 50 aside from the actual

4   price and the amount, I'm talking about these

5   conditions.

6    A    Well, this is a slightly older version than

7   what is currently in use.

8    Q    Well, would that auto renewal language have

9   been the same?

10   A    Are we talking about the same time period?

11   Q    Yes.

12   A    Yes, they would.  And they would receive an

13  e-mail letting them know they've got the EZpay voucher

14  and the information as well.

15   Q    Let me get this correct.

16        Before they could redeem their pass, they would

17  have to acknowledge that they accept the terms and

18  conditions of that particular contract, the EZpay terms

19  and conditions; is that right?

20   A    That is correct.

21   Q    What if they don't accept the terms and

22  conditions of the EZpay contract?

23   A    Then the pass is not activated.

24        (Page 66 Line 24 through Page 68 Line 22

25        has been designated confidential and is

DEPOLINK COURT REPORTING & LITIGATION SERVICES (973)353-9880

***** CONFIDENTIAL *****

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


JASON HERMAN, WILLIAM COHEN,
JOEY KRATT, as individuals and
on behalf of all others
similarly situated,

      Plaintiff,

          VS.

SEAWORLD PARKS &
ENTERTAINMENT, INC.,

      Defendant.

_____/

CASE NO.
8:14-cv-03028-MSS-EAJ


CONFIDENTIAL EXCERPTS


DEPOSITION OF BRAD MATZINGER

TAKEN ON

FRIDAY, NOVEMBER 20, 2015


Reported by:

ROSALY PIDERIT

***** CONFIDENTIAL *****

Page 66

1      Q    Did I already show you -- do you have

2    Mr. Kratt's --

3      A    Yes.

4      Q    Can you tell me when the first payment was made

5    by Mr. Kratt for his EZpay pass?

6      A    Based on this information, it looks as

7    January 18th, 2013.

8      Q    And when was his final in commitment payment

9    made?

10     A    Okay.  Well, 12 -- 12 payments, so 12/18/2013.

11     Q    Okay.  And that tame frame, January 18, 2013 to

12   December 18, 2013, is that less than 12 months, if

13   you're going from the calendar perspective?

14          MR. DEIHL:  Object to the form of the question.

15          Go ahead and answer if you understand that.

16          THE WITNESS:  Can you restate it?

17   BY MR. FOWKES:

18     Q    From a calendar perspective, is the time frame

19   of January 18, 2013 through December 18, 2013, is that

20   less than 12 months?

21          MR. DEIHL:  Same objection.

22          You can go ahead and answer.

23          THE WITNESS:  From a calendar perspective, yes.

24   BY MR. FOWKES:

25     Q    Okay.

***** NON-CONFIDENTIAL *****

66

1       A    The paid terms.

2       Q    Are you talking about the same terms and

3   conditions on Exhibit Number 50 aside from the actual

4   price and the amount, I'm talking about these

5   conditions.

6       A    Well, this is a slightly older version than

7   what is currently in use.

8       Q    Well, would that auto renewal language have

9   been the same?

10      A    Are we talking about the same time period?

11      Q    Yes.

12      A    Yes, they would.  And they would receive an

13  e-mail letting them know they've got the EZpay voucher

14  and the information as well.

15      Q    Let me get this correct.

16           Before they could redeem their pass, they would

17  have to acknowledge that they accept the terms and

18  conditions of that particular contract, the EZpay terms

19  and conditions; is that right?

20      A    That is correct.

21      Q    What if they don't accept the terms and

22  conditions of the EZpay contract?

23      A    Then the pass is not activated.

24           (Page 66 Line 24 through Page 68 Line 22

25           has been designated confidential and is

***** NON-CONFIDENTIAL *****

70

```
 1     A     I'm referencing my information I came in with.

 2     Q     And you're referencing Exhibit 45?

 3     A     Yes, it is.  And I'm sorry.  The question was?

 4     Q     Yeah, the question is -- let's go down -- it's

 5   on the second page, and it says "Source."

 6     A     Uh-huh.

 7     Q     Does that reflect that Mrs. Lancaster purchased

 8   her one-year EZpay pass from the Internet?

 9     A     Yes, it does.

10     Q     Okay.  Now, can you tell me when she purchased

11   that EZpay pass?

12     A     October 16th, 2012.

13     Q     Is that when the first payment came out?

14     A     That is correct.

15     Q     Okay.  Can you tell me when her final in

16   commitment payment was made?

17     A     9/16/2013.

18     Q     So this October 16, 2012, so you said

19   September 16, 2013?

20     A     Uh-huh.

21     Q     Is that less than 12 months?

22           MR. DEIHL:  Object to the form of the question.

23           You can go ahead and answer.

24           Calls for a legal conclusion.

25           THE WITNESS:  No.  It's 12 months of payment.
```

***** NON-CONFIDENTIAL *****

71

1     BY MR. FOWKES:

2         Q     Okay.  From a calendar perspective, is that

3     less than 12 months?

4              MR. DEIHL:  Same objection.

5              You can go ahead and answer.

6              THE WITNESS:  From a calendar perspective, yes.

7     BY MR. FOWKES:

8         Q     Thank you.

9              So after Mrs. Lancaster paid her initial 12

10    payments, SeaWorld automatically renewed her EZpay pass;

11    is that right?

12        A     Correct.

13        Q     When was the 13th payment taken out?

14        A     Appears to be 10/16/2013.

15        Q     And how many additional payments does SeaWorld

16    debit from Mrs. Lancaster's account after the first 12?

17        A     If my math is correct, it appears to be 15 --

18    16.  Excuse me.

19        Q     Let me ask you this question, is SeaWorld

20    contesting Mrs. Lancaster's adequacy to serve as a class

21    representative?

22        A     Can you restate the question?

23              MR. FOWKES:  Can you please read that back to

24    him?

25              THE WITNESS:  I'm sorry.  Can you clarify the

***** NON-CONFIDENTIAL *****

89

1    him.

2        Q    So is it fair to say that all refunds of EZpay

3    commerce is done as a courtesy to the customer?

4        A    Can you rephrase that?

5        Q    Is it fair to say any refund made to an EZpay

6    customer outside of the commitment period is done as a

7    courtesy?

8        A    Technically, yes.  It's not unlike any other

9    adjustments that we make for anything extending beyond

10   EZpay.

11       Q    Did Mr. Kratt sign any settlement agreement

12   with SeaWorld?

13       A    Not to my knowledge.

14       Q    Would it have been noted in this file?

15       A    I don't have an answer to that.

16       Q    If there's a settlement agreement reached,

17   would you have knowledge of that?

18       A    I believe I would, yes.

19       Q    Was there a settlement agreement leeched?

20       A    Not to my knowledge.

21       Q    Okay.  Did the refund put Mr. Kratt back in the

22   same place as he would have been had there been no

23   automatic renewal?

24       A    I don't understand the question.

25       Q    How did you calculate the refund?

***** NON-CONFIDENTIAL *****

90

1     A     The refund was calculated by saying three

2     months times his monthly payment.

3     Q     Go to page 2 of Mr. Kratt's profile.

4           Do you see at the top there "Guest called in

5     EZpay, requested a refund for eight months past

6     commitment.  Advised that no refund policy."

7     A     Yes.

8     Q     So at the time he called, there was no refund

9     policy?

10    A     Our policy with EZpay has been there are no

11    refunds.

12    Q     Okay.

13    A     So that's correct.

14    Q     Okay.  Now, who decided to refund this money to

15    Mr. Kratt?

16    A     Belinda did.

17    Q     What was SeaWorld's intent in making the refund

18    to Mr. Kratt?

19    A     Again, we had a guest who was dissatisfied, and

20    in an attempt to, you know, make it right in his eyes,

21    to help make him feel a little bit more comfortable with

22    the situation, as a good will adjustment, we wanted to

23    show that it mattered to us as well and we wanted to

24    take care of that portion for him.

25    Q     Okay.  Now, what about do you have any factual

***** NON-CONFIDENTIAL *****

129

1    they do not accept that, then we won't proceed with the

2    transaction.

3        Q     What part of the contract is specifically read

4    to the customer?

5        A     The entire thing.  Do you want me to read it?

6        Q     Yeah.  Is it Bullet Point 3?

7        A     Well, the entire thing is read.

8        Q     The entire -- I'm talking about specifically

9    with reference to the auto renewal aspect of the

10   contract, what is read to the customer.

11       A     Well, the third bullet states, "Until you

12   terminate the contract, it will renew on a

13   month-to-month basis following the initial first full

14   plan term."

15       Q     Is that consistent with the contract?

16       A     Yes.

17       Q     Now, let's go to the second page of the actual

18   contract?

19       A     Okay.

20       Q     May I take a look at it?

21       A     Yeah.

22       Q     Why doesn't SeaWorld read the language "except

23   for any passes paid in less than 12 months" to the

24   customer?

25       A     Why does it read that?

***** NON-CONFIDENTIAL *****

130

1      Q      Why doesn't SeaWorld read that specific

2   provision?

3      A      Because scripting covers that, covers that auto

4   renewal process.

5      Q      Covers part of it, doesn't it?

6             MR. DEIHL:  Object to the form of the question.

7             THE WITNESS:  Not to me, no.

8   BY MR. FOWKES:

9      Q      Let me see.  Okay.  So SeaWorld reads -- Bullet

10  Point 3, it says, "Until you terminate the contract, it

11  will renew on a month-to-month basis following the first

12  full plan term."

13            I'm asking you, why does SeaWorld not read the

14  provision "except for any passes paid in less than 12

15  months."

16     A      I can't answer the question, why that verbiage

17  was not extracted to put in there.  I can tell you that

18  when you read the script as a total, that is clear to

19  me, that that is what it means.

20     Q      Why doesn't SeaWorld follow the contract

21  language verbatim in the script?

22            MR. DEIHL:  Object to the form of the question.

23            You can go ahead and answer.

24  BY MR. FOWKES:

25     Q      Why doesn't SeaWorld follow the automatic

***** NON-CONFIDENTIAL *****

134

1     A     I believe it is.  I'm just trying to get my

2     head around --

3     Q     Sure.

4     A      -- contract timing change versus --

5     Q     Take your time.  I'm not going to rush you.

6     A     I appreciate it.

7           Okay, yes.

8     Q     The script I'm referring to is the one at the

9     bottom of page -- the second page of Exhibit Number

10    21 --

11    A     Yes.

12    Q      --  entitled "All other EZpay passes."

13    A     Right.

14    Q     Is that the same as the Appendix C, which was

15    marked as Plaintiff's Exhibit Number 20?

16    A     It appears to be, yes.

17    Q     Now, is that script consistent with SeaWorld's

18    EZpay contract renewal provision?

19    A     Yes, it is.

20    Q     Was the script language actually sent to the

21    customer as that purchase over the phone or was it just

22    read to them?

23    A     Just read.

24    Q     And going back to the e-mail from Mr. Trien, he

25    confirms in the third paragraph what we've been talking

***** NON-CONFIDENTIAL *****

139

1          Okay, yes.

2      Q    What is that document?

3      A    It is the retail installment contract for an

4   EZpay plan.  This, however, appears to be quite old.

5      Q    Why do you say that?

6      A    Because it's referring to Busch Entertainment

7   Corporation on top, and that goes back several years.

8   So this is prior to SeaWorld Parks & Entertainment.

9      Q    Well, did SeaWorld keep that same contract

10  language regarding the auto renewal?

11     A    I'd want to see a current contract in front of

12  me to verify that, I guess.

13     Q    Okay.  I don't have one.

14     A    Okay.

15     Q    Does SeaWorld have one?

16     A    Without having one in front of me -- I haven't

17  memorized it, so I can't tell you for certain.

18     Q    Okay.  Do you have Exhibit 50 near you?

19     A    Yes.

20     Q    Okay.  You see the auto renewal language in

21  that contract?

22     A    Yes, I do.

23     Q    Okay.  This particular language was used in all

24  of SeaWorld-owned parks except Sesame Place; right?

25  From December 2008 through December 23rd, 2013?

***** NON-CONFIDENTIAL *****

140

1          MR. DEIHL:  Object to the form of the question.

2     Mischaracterizes prior testimony.

3          You can go ahead and answer.

4          THE WITNESS:  My understanding is this was used

5     for all of them.

6     BY MR. FOWKES:

7     Q     Okay.  During that time period?

8     A     Yes.

9     Q     Now, does that contract fully state the terms

10    of the agreement between the customer and SeaWorld for

11    an EZpay pass?

12    A     I believe it does.

13    Q     If an EZpay customer has a question about how

14    that particular contract operates, should the customer

15    look to the contract for the answer?

16    A     I would say that's one place, sure.

17    Q     Okay.  What's the other place?

18    A     Well, they can contact SeaWorld Parks &

19    Entertainment if they have any questions or concerns

20    about it.

21    Q     Okay.  Aside from contacting SeaWorld Parks &

22    Entertainment and looking into the contract itself, is

23    there anything else they can look at?

24    A     For what purpose?

25    Q     If they had any questions about how a contract

***** NON-CONFIDENTIAL *****

141

1    operates.

2        A    There is also our websites, we've also got some

3    information in there in frequently asked questions, they

4    can use as a source for that information, also.  But,

5    primarily, you know, the contract and the company.

6        Q    Now, are those frequently asked questions

7    incorporated into the contract?

8        A    The frequently asked questions?

9        Q    That you just referenced?

10       A    Incorporated in here?

11           MR. DEIHL:  Object to the question to the

12   extent it calls for a legal conclusion.

13           You can go ahead and answer it.

14   BY MR. FOWKES:

15       Q    Can you --

16       A    The questions themselves are not posed in this

17   document.

18       Q    Did SeaWorld intend to incorporate any other

19   terms outside of the contract into that particular

20   contract?

21       A    I'm not sure I understand.  Can you repeat

22   that, please?

23           (Whereupon the requested question was

24           read back by the reporter.)

25           THE WITNESS:  No.

***** NON-CONFIDENTIAL *****

1    for the very reason we're sitting here.  The terms are

2    clear.  We deal with thousands of guests every day who

3    are enrolled in the EZpay program to whom is clear;

4    however, we were made aware that there is a segment

5    however who it wasn't clear to, and we wanted to take

6    steps to remove any potential ambiguity that could be

7    perceived in terms of what we mean by those passes that

8    auto renew and those that don't.

9        Q    But SeaWorld's interpretation of the contract

10   is clear?

11       A    Correct.

12       Q    Unambiguous?

13            MR. DEIHL:  Object to the form.

14   BY MR. FOWKES:

15       Q    Is it unambiguous?

16            MR. DEIHL:  Object to the form of the question.

17   BY MR. FOWKES:

18       Q    I didn't ask that properly.

19            The auto renewal feature of the EZpay contract

20   from December 2008 to December 23rd, 2013, is it

21   SeaWorld's interpretation that that provision is

22   unambiguous?

23            MR. DEIHL:  Object to the form of the question.

24   Calls for a legal conclusion.

25            You can go ahead and answer again.

***** NON-CONFIDENTIAL *****

146

1          THE WITNESS:  Okay.  It's clear.

2    BY MR. FOWKES:

3      Q    I'll show you what has been marked as

4    Plaintiff's Exhibit Number 44.

5          Can you identify that document?

6          MR. DEIHL:  Hold on one moment while I get to

7    it.

8          MR. FOWKES:  Certainly.  Do you know where it

9    is?

10         MR. DEIHL:  I have it.  Thank you.

11   BY MR. FOWKES:

12     Q    Although I don't see a date on it, but it

13   appears to be what a guest would receive through e-mail

14   after purchasing a pass through the EZpay plan.  And it

15   doesn't appear to -- appears to be a blank record.  And

16   is that the contract change in December 2013, to your

17   knowledge?

18     A    Yes.  It appears to reflect that.

19     Q    And how was it changed?

20     A    "...except for any passes paid in less than 12

21   months" was replaced by "...except for payment plans for

22   less than 12 months."

23     Q    So the "...except for payments plans in less

24   than 12 months," that's the duration of three, six, nine

25   months?

***** CONFIDENTIAL *****

Page 155

1        A    Yes, he is.

2        Q    And how long has he served in that role?

3        A    I don't know the answer to that.

4        Q    Okay.  Now, on page 2 of that particular

5    communication, the middle of the paragraph, the middle

6    of the document says from Paul Powers, Friday,

7    November 8, 2013.

8             Who is Cheryl Fountain and Lee Harrington.  Do

9    you know?

10       A    No.  Based on this, it appears that

11   Ms. Fountain is with the Department of Agriculture and

12   Consumer Services.

13       Q    Okay.  Now, the second paragraph, it says,

14   "SeaWorld" -- it says, "As explained in our response,

15   SeaWorld's EZpay program is an interest free program for

16   our season pass holders to make season passes more

17   affordable for our guests."

18            Do you see that?

19       A    I do.

20       Q    And then it goes on to say, "and it does

21   include an automatic renewal feature that is clearly and

22   conspicuously noted in the terms and conditions of the

23   passes."

24            Do you see that?

25       A    Yes, I do.

***** CONFIDENTIAL *****

Page 156

1      Q     Is that SeaWorld's position regarding the auto

2   renewal feature that is conspicuously noted, or clearly

3   and conspicuously noted?

4      A     Yes.

5      Q     I'm done with questions on that.

6      A     Okay.

7      Q     I'll have this marked as Composite Exhibit

8   Number 57.

9            (The document referred to was marked as

10           Deposition Exhibit 57 and is attached

11           hereto.)

12           Mr. Matzinger, can you please take a look at

13   that entire document and let me know when you're able to

14   talk about it?

15     A     All of it?  Okay.

16     Q     Can you identify what that compilation of

17   documents is?

18     A     Yes.  It is a chain of communications between

19   multiple people in an attempt to obtain a recorded call

20   from Mr. Cohen.

21     Q     Mr. Cohen or his wife?

22     A     I believe his wife, I believe.

23     Q     It appears that you were on a lot of these

24   communications; is that correct?

25     A     That's correct.