UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON HERMAN,
JOEY KRATT, and                                    CASE NO.: 8:14-cv-03028-MSS-JSS
CHRISTINA LANCASTER,

    Plaintiffs,
v.

SEAWORLD PARKS &
ENTERTAINMENT, INC.,

    Defendant.
_____/

## NOTICE OF PLAINTIFFS' COUNSEL'S AVAILABILITY

Pursuant to the Court's Order of today's date, Doc. 183, Plaintiffs, Jason Herman, Joey Kratt, and Christina Lancaster, file this Notice of Plaintiffs' Counsel's names, contact information, and availability. Counsel for the Plaintiff who will participate in the telephonic conference the Court indicated it will set are as follows:

| Katherine Earle Yanes | Paul Fowkes and Ryan Hasanbasic |
|---|---|
| (813) 229-1118 | (813) 226-4201 |

All Plaintiffs' Counsel listed above are available today, July 25, 2018, before 2:30 pm and after 4:00 pm and on Friday, July 27, 2018, before 1:00 pm.

        Respectfully submitted,

        /s/ *Katherine Earle Yanes*
        Katherine Earle Yanes (FBN 0159727)
        kyanes@kmf-law.com
        KYNES, MARKMAN & FELMAN, P.A.
        Post Office Box 3396
        Tampa, Florida 33601-3396
        Telephone:(813) 229-1118
        Facsimile: (813) 221-6750

        Paul R. Fowkes, Esq.
          Fla. Bar No. 723886
        paul@fhlawpa.com
        Ryan C. Hasanbasic, Esq.
          Fla. Bar No. 044119
        ryan@fhlawpa.com
        F&H LAW GROUP, P.A.
        1807 Short Branch Drive, Suite 101
        Trinity, Florida 34655
        Telephone: (813) 221-0500
        Facsimile (727) 943-3203

        *Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

Colin C. Deihl
CDeihl@polsinelli.com

Christopher T. Hill
chill@hrkmlaw.com

        /s/ *Katherine Earle Yanes*
        Katherine Earle Yanes