**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| CASE NO.  8:14-cv-3028-T-35JSS | DATE:  July 25, 2018 |
|---|---|
| TITLE:  Herman v. SeaWorld Parks & Entertainment, Inc. | |
| TIME:  04:15 PM-5:02 PM | TOTAL: 47 MINUTES |
| Courtroom Deputy: Keyanna Thomas | |
| Court Reporter:  Melissa Pierson | |
| Counsel for Plaintiff(s):  Katherine Earle Yanes, Paul R. Fowkes, and Ryan Christopher Hasanbasic, esq. | |
| Counsel for Defendant(s):  Colin Christopher Deihl, esq. | |

## *CLERK'S MINUTES: PROCEEDINGS OF TELEPHONE CONFERENCE*

Court in session. This matter is before the Court for a telephonic conference. The Court hears oral arguments from the Parties regarding the Parties Unopposed Motion for miscellaneous relief, specifically for Preliminary Approval of Class Action Settlement Agreement and Class Notice. (Dkt. 182)

An Order consistent with the Court's directive is forthcoming. Court is adjourned.